IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **09-cv-386-JLK**

**RONALD J. JANSSEN, Individually and on Behalf of all Others Similarly Situated**,

       Plaintiff,

v.

**OPPENHEIMERFUNDS, INC., et al.**,

       Defendants.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

     The Motion to Join Motion to Transfer Venue (doc. #10), filed March 23, 2009, is GRANTED.

     Plaintiff shall respond to the Motion to Transfer Venue (doc. #7), filed March 16, 2009, on or before April 6, 2009.

Dated: March 24, 2009