# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Senior Judge John L. Kane

Date: April 16, 2009                              Court Reporter: Gwen Daniel
                                                  Deputy Clerk: Bernique Abiakam

Civil Action Nos. 09-cv-00386-JLK; and 09-cv-00525-JLK-KMT

---

RONALD J. JANSSEN, individually and
on behalf of all other similarly situated,                          Sean Matt

     Plaintiff,

v.

OPPENHEIMERFUNDS, INC.,
OPPENHEIMER FUNDS DISTRIBUTOR, INC.,
WILLIAM L. ARMSTRONG, ROBERT G. AVIS,
GEORGE C. BOWEN, EDWARD L. CAMERON,
JON S. FOSSEL, SAM FREEDMAN,
BEVERLY L. HAMILTON, ROBERT J. MALONE,
F. WILLIAM MARSHALL, JR., JOHN V. MURPHY,
BRIAN W. WIXTED, and
ANGELO MANIOUDAKES,                                                 Williams K. Dodds
                                                                    Robert Miller
                                                                    Peter Rush
                                                                    Dale Harris

     Defendants.

---

Civil Action No.: 09-cv-00525-JLK

HELGA PETERS, individually and on
behalf of all others similarly situated,                            Kip B. Shuman

     Plaintiff,

v.

OPPENHEIMERFUNDS, INC.,
OPPENHEIMER FUNDS DISTRIBUTOR, INC.,
WILLIAM L. ARMSTRONG, ROBERT G. AVIS,
GEORGE C. BOWEN, EDWARD L. CAMERON,
JON S. FOSSEL, SAM FREEDMAN,
BEVERLY L. HAMILTON, ROBERT J. MALONE,
F. WILLIAM MARSHALL, JR., JOHN V. MURPHY,

BRIAN W. WIXTED, and
ANGELO MANIOUDAKES,                              Williams K. Dodds
                                                 Robert Miller
                                                 Peter Rush
                                                 Dale Harris

      Defendants.

## COURTROOM MINUTES

**Status Conference**

**11:03 a.m.   Court in session.**

Judge Kane calls case.  Also present at the bench is Magistrate Judge Tafoya.

Appearances of counsel.

Preliminary remarks by the Court.

Argument heard regarding the following motions:

**Motion To Transfer Venue Pursuant To 28 U.S.C.§1404(a)** [Civil Action No. 09-cv-00386-JLK; Filed 3/16/09; Doc. No. 7] - [Civil Action No. 09-cv-00525-JLK-KMT; Filed 4/06/09; Doc. No. 15].

**Plaintiff's Motion To Stay Proceedings Pending Ruling By The Judicial Panel On Multidistrict Litigation** (Civil Action No. 09-cv-00386-JLK; Filed 4/6/09; Doc. No. 16).

**Defendants Armstrong, Avis, Bowen, Cameron, Fossel, Freedman, Hamilton, Malone And Marshall's Motion To Join In Motion To Transfer Venue Pursuant To 28 U.S.C.§1404(a)** (Civil Action No. 09-cv-00525-JLK-KMT; Filed 4/15/09; Doc. No. 26).

**Motion Of Thomas Goodman And Errol Glynn O'Steen To Consolidate Related Actions; To Be Appointed Lead Plaintiff; And To Approve Proposed Lead Plaintiff's Choice Of Counsel** [Civil Action No. 09-cv-00386-JLK-KMT; Filed 4/14/09; Doc. No. 27] - [Civil Action No. 09-cv-00525-JLK-KMT; Filed 4/14/09; Doc. No. 24].

11:20 a.m.   Argument by Mr. Dodds.  Questions by the Court.

11:51 a.m.   Argument by Mr. Matt.  Questions by the Court.

12:05 p.m.     Argument by Mr. Shuman.

12:11 p.m.     Argument by Mr. Rush.

12:16 p.m.     Further argument by Mr. Dodds.

12:23 p.m.     Further argument by Mr. Matt.

Comments by the Court.

The Court advises counsel to communicate with each other in all related pending cases.

**ORDERED:  Pending motions heard in today's hearing are taken UNDER ADVISEMENT**.

**12:25 p.m.    Court in recess.**
Hearing concluded.
Time: 01:22