UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

May 07, 2009

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: OPPENHEIMER CHAMPION INCOME
FUND SECURITIES LITIGATION     MDL No. 2062

## ORDER DEEMING MOTION MOOT
## AND VACATING THE MAY 28, 2009, HEARING SESSION

     Before the Panel is a motion by Ronald Janssen seeking centralization, pursuant to 28 U.S.C. § 1407, of the actions on the attached Schedule A in the District of Colorado for coordinated or consolidated pretrial proceedings. The Panel has now been advised that the three Southern District of New York actions on the attached Schedule A have been dismissed pursuant to notices of voluntary dismissal, thus depriving this litigation of its multidistrict character.

     IT IS THEREFORE ORDERED that the motion of Ronald Janssen for transfer under 28 U.S.C. § 1407 is DEEMED MOOT.

     IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on April 23, 2009, are VACATED insofar as they relate to this matter.

FOR THE PANEL:

*Jeffery N. Lüthi*
Jeffery N. Lüthi
Clerk of the Panel

**IN RE: OPPENHEIMER CHAMPION INCOME**
**FUND SECURITIES LITIGATION**                    MDL No. 2062

## SCHEDULE A

<u>District of Colorado</u>

Ronald J. Janssen v. OppenheimerFunds, Inc., et al., C.A. No. 1:09-386
Helga Peters v. OppenheimerFunds, Inc., et al., C.A. No. 1:09-525

<u>Southern District of New York</u>

Josh Estner v. OppenheimerFunds, Inc., et al., C.A. No. 1:09-1327
Alexander Hartley v. OppenheimerFunds, Inc., et al., C.A. No. 1:09-1982
Benjamin Hanks v. OppenheimerFunds, Inc., et al., C.A. No. 1:09-2006