IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **09-cv-386-JLK**

**RONALD J. JANSSEN, Individually and on Behalf of all Others Similarly Situated**,

        Plaintiff,

v.

**OPPENHEIMERFUNDS, INC., et al.**,

        Defendants.

_____

Civil Action No. **09-cv-525-JLK**

**HELGA PETERS**, **Individually and on Behalf of all Others Similarly Situated,**

        Plaintiff,

v.

**OPPENHEIMERFUNDS, INC. et al.,**

        Defendants.

---

### MINUTE ORDER

---

Judge John L. Kane **ORDERS**

    1. In light of the voluntary dismissal of the three related S.D.N.Y. Oppenheimer Champion Fund cases and the MDL Panel's May 7, 2009, Order deeming moot Plaintiff Janssen's Motion seeking centralization, pursuant to 28 U.S.C. § 1407, of those actions with 09-cv-386-JLK and 09-cv-525-JLK here, Janssen's Motion to Stay Pending Ruling by the Judicial Panel on Multidistrict Litigation in 09-cv-386-JLK (Doc. 16) is **DENIED** as **MOOT**.

    2. The above-captioned actions, together with the *Bock*, *Begley*, *Stokar*, *Tackman*, *Smith*, and *Trueman* Oppenheimer municipal bond/Rochester Fund cases also pending before me, will be set for a combined status conference on **Friday, June 19, 2009, at 2:00 p.m.** in Courtroom A-802, Arraj U.S. District Courthouse, 901 19th St., Denver,

Colorado, 80294.

For docketing purposes Separate Minute Orders will go out in each of the municipal/Rochester Fund cases regarding the Status Conference.

Dated: May 8, 2009