IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **09-cv-386-JLK**

**RONALD J. JANSSEN, Individually and on Behalf of all Others Similarly Situated**,

       Plaintiff,

v.

**OPPENHEIMERFUNDS, INC., et al.**,

       Defendants.

_____

Civil Action No. **09-cv-525-JLK**

**HELGA PETERS**, **Individually and on Behalf of all Others Similarly Situated,**

       Plaintiff,

v.

**OPPENHEIMERFUNDS, INC. et al.,**

       Defendants.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

    1. The stay imposed in these cases during the pendency of proceedings before the MDL panel is **LIFTED**.

    2. Defendants' Motions to Transfer *Janssen* and *Peters* (i.e. the "Champion Fund") cases to the Southern District of New York (Doc. 7 in 09-cv-386 (*Janssen*) and Doc. 15 in 09-cv-525 (*Peters*) are **DENIED** without the need for further briefing. While these cases are not part of the Rochester Fund MDL, the overlapping defendants and concomitant efficiencies that will result from keeping them here far outweigh the grounds asserted by Defendants for transferring them to the Southern District of New York.

    3. The various Motions for Joinder (Doc. 43 in 09-cv-386 and Docs. 26 and 40 in

09-cv-525) are **DENIED** as **MOOT.**

      4.  Unless brought within the MDL as tagalong actions, *Janssen* and *Peters* will remain separate and distinct from it for filing and docketing purposes.  It is anticipated, however, that the cases will be part of all hearings and pretrial proceedings scheduled in the MDL cases.

      5.  In light of these rulings, the parties' position statements, due within ten days of the MDL panel's Order, shall focus on the consolidation issue as well as on any agreement among the parties as to Lead Plaintiff and Lead counsel selection.

---

Dated:  June 24, 2009