IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **09-cv-386-JLK-KMT**

**RONALD J. JANSSEN, Individually and on Behalf of all Others Similarly Situated**,

       Plaintiff,

v.

**OPPENHEIMERFUNDS, INC., et al.**,

       Defendants.

_____

Civil Action No. **09-cv-525-JLK-KMT**

**HELGA PETERS**, **Individually and on Behalf of all Others Similarly Situated,**

       Plaintiff,

v.

**OPPENHEIMERFUNDS, INC. et al.,**

       Defendants.

**ORDER CONSOLIDATING THESE "CHAMPION FUND" CASES AND
GRANTING MOTION FOR APPOINTMENT OF LEAD PLAINTIFF
AND APPROVAL OF COUNSEL**

Kane, J.

Having considered the Motion of Thomas Goodman and Errol Glynn O'Steen for Appointment as Lead Plaintiff and Approval of Selection of Counsel (Doc. 67) in these related "Champion" Fund cases, together with related filings, and good cause appearing therefor, I ORDER as follows:

       1.       The Motion for Appointment as Lead Plaintiff and Selection of Counsel is

      GRANTED;

2. Civil Action Nos. 09-cv-386-JLK-KMT (*Janssen*) and 09-cv-525-JLK-KMT (*Peters*) (the Oppenheimer "Champion Fund" cases) are CONSOLIDATED, with the lower-numbered *Janssen* action serving as lead case;

3. Goodman and O'Steen are hereby APPOINTED Lead Plaintiffs for the "Champion Fund" Class pursuant to 15 U.S.C. § 77z-1(a)(3)(B); and

4. Lead Plaintiffs' selections of the law firm of Labaton Sucharow LLP as Lead Counsel – and The Shuman Law Firm as Liaison Counsel – for Lead Plaintiffs and the Class are APPROVED.

Unless and until a single, consolidated amended complaint is filed on behalf of the "Champion Fund" class, all filings should be made in the *Janssen* lead case, 09-cv-386-JLK-KMT using the following caption, and shall indicate whether the filing relates to *Janssen*, *Peters* or both:

_____

Civil Action No. **09-cv-386-JLK-KMT** (consolidated with **09-cv-525-JLK-KMT**)

In re Oppenheimer **Champion Fund** Securities Fraud Class Actions

*This document relates to [09-cv-386 Janssen] [09-cv-525 Peters] [BOTH] actions.*

_____

Note that I intend by separate Order to grant the unopposed Motion of Dr. C. Phillip Pattison for appointment as Lead Plaintiff in the Oppenheimer "Core Bond" fixed income case, 09-cv-1186-JLK-KMT (*Ferguson*), and that together the consolidated

"Champion Fund" cases and the *Ferguson* "Core Bond" case may be referred to as the Oppenheimer "Fixed Income" Fund cases.

Dated:  September 25, 2009.                    **s/John L. Kane**
                                               SENIOR U.S. DISTRICT JUDGE