IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge John L Kane**

Civil Action No. **09-cv-00386-JLK-KMT (**consolidated with **09-cv-525-JLK-KMT)**

**IN RE: OPPENHEIMER CHAMPION FUND SECURITIES FRAUD CLASS ACTIONS**

*This document relates to BOTH actions.*

Civil Action No. **09-cv-01186-JLK-KMT**

**IN RE: CORE BOND FUND**

**ORDER GRANTING UNOPPOSED MOTION TO ESTABLISH BRIEFING SCHEDULE FOR MOTIONS TO DISMISS**

This above-entitled matter, having come before the Court on Defendants' Unopposed Motion to Establish Briefing Schedule for Motions to Dismiss and the Court having reviewed the pleadings filed herein and being otherwise fully advised in the premises, hereby **GRANTS** the Motion and **ORDERS** that:

1. Motions to Dismiss in *In re: Oppenheimer Champion fund Securities Fraud Class Actions* and *In re: Core Bond Fund* (the "Fixed Income Actions") shall be filed on or before **Thursday, December 3, 2009.**

2. Oppositions to Motions to Dismiss in the Fixed Income Actions shall be due **January 18, 2010**.

3. Replies in support of the Motions to Dismiss in the Fixed Income Actions shall be due **February 17, 2010**.

4. Calculations related to Opposition and Reply briefs will be governed by the amendments to the Federal Rules of Civil Procedure and the Local Rules for the United States District Court for the District of Colorado effective December 1, 2009.

5. To the extent prior orders set forth differing deadlines for the briefing of motions to dismiss, such deadlines are hereby vacated.

SO ORDERED this 26th day of October, 2009.

BY THE COURT:

*s/John L. Kane*
John L. Kane
United States District Court Judge