**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L Kane**

Civil Action No. **09-cv-00386-JLK-KMT** (consolidated with **09-cv-00525-JLK-KMT**)

In re Oppenheimer **Champion Fund** Securities Fraud Class Actions

*This document relates to BOTH actions.*

---

**NOTICE OF ORDER TRANSFERRING RELATED ACTION TO
THE DISTRICT OF COLORADO**

---

Defendants OppenheimerFunds, Inc., OppenheimerFunds Distributor, Inc., John V. Murphy, Brian W. Wixted, and Angelo Manioudakis hereby submit to this Court the November 12, 2009 Order of the Honorable William Q. Hayes of the United States District Court for the Southern District of California, transferring the action styled *Cohn v. OppenheimerFunds*, Inc. to this Court.

Dated this 16th day of November, 2009.

-2-

Respectfully submitted,

*s/ Stephanie Dunn*
Stephanie Dunn
Perkins Coie LLP
1899 Wynkoop Street, Suite 700
Denver, CO 80202-1043
Tel: 303.291.2300
Fax: 303.291.2400
Email: sdunn@perkinscoie.com

-And-

William K. Dodds
Dechert, LLP-New York
1095 Avenue of the Americas
New York, NY 10036
Tel: 212.698.3500
Fax: 215.698.3599
Email: william.dodds@dechert.com

Attorneys for Defendants
OppenheimerFunds, Inc.,
OppenheimerFunds Distributor, Inc.,
John V. Murphy, Brian W. Wixted, and
Angelo Manioudakis

## CERTIFICATE OF SERVICE

  I hereby certify that on this 16th day of November, 2009, I electronically filed a true and correct copy of the foregoing **NOTICE OF ORDER TRANSFERRING RELATED ACTION TO THE DISTRICT OF COLORADO** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

- **Jeffrey Allen Berens**
  jeff@dyerberens.com,jeffreyberens@comcast.net

- **Robert Bruce Carey**
  rcarey@hbsslaw.com,agostnell@careylaw.com,rob.carey@att.net

- **William K. Dodds**
  william.dodds@dechert.com,luis.lopez@dechert.com

- **Robert J. Dyer , III**
  bob@dyerberens.com

- **Alan I. Ellman**
  aellman@labaton.com,electroniccasefiling@labaton.com

- **Daniel Charles Girard**
  dcg@girardgibbs.com,sfs@girardgibbs.com

- **Rusty Evan Glenn**
  rusty@shumanlawfirm.com

- **Dale R. Harris**
  dale.harris@dgslaw.com,patricia.henson@dgslaw.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,sf_filings@hbsslaw.com

- **Christopher J. Keller**
  ckeller@labaton.com,ejo@labaton.com,aellman@labaton.com,electroniccasefiling@labaton.com

- **Matthew L. Larrabee**
  matthew.larrabee@dechert.com,will.rehling@dechert.com,reginald.zeigler@dechert.com,alice.jensen@dechert.com,muriel.korol@dechert.com,david.burkhart@dechert.com

- **Robert Nolen Miller**
  rmiller@perkinscoie.com

56855-0005.0002/LEGAL17312784.1     -3-

- **Peter G. Rush**
  peter.rush@klgates.com,melissa.neubeck@klgates.com

- **Kip Brian Shuman**
  kip@shumanlawfirm.com,rusty@shumanlawfirm.com,lisa@shumanlawfirm.com

*s/ Stephanie Dunn*
Stephanie Dunn
Perkins Coie LLP
1899 Wynkoop Street, Suite 700
Denver, CO  80202-1043
Tel:  303.291.2300
Fax:  303.291.2400
Email:  sdunn@perkinscoie.com

Attorneys for Defendants
OppenheimerFunds, Inc., OppenheimerFunds
Distributor, Inc., John V. Murphy, Brian W.
Wixted, and Angelo Manioudakis
