IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge John L Kane**

---

Civil Action No. **09-cv-02738-JLK**

**DONALD L. COHN and KAREN S. COHN,**

v.

**OPPENHEIMER FUNDS, INC. et al.**

---

Civil Action No. **09-cv-00386-JLK-KMT** (consolidated with **09-cv-525-JLK-KMT**)

**IN RE: OPPENHEIMER CHAMPION FUND SECURITIES FRAUD CLASS ACTIONS**

*This document relates to BOTH actions.*

---

Civil Action No. **09-cv-01186-JLK-KMT**

**IN RE: CORE BOND FUND**

---

**ORDER**

---

Kane, J.

The above-captioned *Cohn* action (No. 09-cv-2738) was recently transferred to me from the Southern District of California. Given the nature and procedural history of the *Champion* and *Ferguson* "Fixed Income" cases, it appears *Cohn* may properly be consolidated with Civil Action Nos. 09-cv-386 and 09-cv-525 and proceed together with the *Ferguson* Core Bond action as part of the Oppenheimer "Fixed Income" litigation. Because *Cohn* is not a class action, however, treatment separately from the class actions may also be appropriate. I would therefore like to hear from the parties as to their positions on consolidation and pretrial proceedings. Accordingly,

Counsel for Mr. and Mrs. Cohn shall confer with Defendants and Lead Counsel for the *Champion* Fund class actions and submit a Joint Status Report setting forth the parties' positions and recommendations regarding the most efficient handling of their case. The Joint Status Report shall be filed on or before December 2, 2009.

Dated November 23, 2009.

*s/John L. Kane*
SENIOR U.S. DISTRICT JUDGE