IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **09-cv-386-JLK-KMT** (consolidated with **09-cv-525-JLK-KMT**)

In re Oppenheimer **Champion Fund** Securities Fraud Class Actions

*This document relates to BOTH actions.*

_____

Civil Action No. **09-cv-1186-JLK-KMT**

**JULIAN FERGUSON, individually and on behalf of all others similarly situated**,

        Plaintiff,

v.

**OPPENHEIMERFUNDS, INC., et al.,**

        Defendants.

## MINUTE ORDER

Hon. John L. Kane ORDERS

      Pursuant to a telephone conference held today with counsel for interested parties in this litigation, ruling on the pending Motions to Dismiss in these Champion/Core Bond "Fixed Income" cases (Docs. 87 & 88 in the Champion Fund cases and Docs. 78 & 79 in Ferguson) is STAYED and HELD IN ABEYANCE so the parties may participate in mediation unencumbered by accompanying deadlines. Counsel shall confer and cause to be filed a Joint Status Report on behalf of all parties on or before July 30, 2010, setting forth the results of mediation, progress toward informal resolution made, and raising any additional issues that they would like the Court to consider.

      Dated: May 17, 2010.                     **s/John L. Kane**
                                                    SENIOR U.S. DISTRICT JUDGE