**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane**

Civil Action No. **09-cv-00386-JLK-KMT (**consolidated with **09-cv-525-JLK-KMT)**

**IN RE: OPPENHEIMER CHAMPION FUND SECURITIES FRAUD CLASS ACTIONS**

*This document relates to BOTH actions*

---

Civil Action No. **09-cv-01186-JLK-KMT**

**IN RE: CORE BOND FUND**

---

**JOINT REPORT REGARDING MEDIATION**

Pursuant to this Court's Order dated May 17, 2010, the parties hereby jointly report with respect to the mediation conducted on July 19 and 20, 2010 with regard to the Champion Income Fund and Core Bond Fund consolidated class actions, that the mediation did not result in a settlement of these cases. Accordingly, the parties respectfully request that the Court proceed to consider the pending motions to dismiss.

Dated:  July 22, 2010               Respectfully submitted:

                                    *s/ Kip Shuman*
                                    Kip B. Shuman
                                    Rusty Glenn
                                    THE SHUMAN LAW FIRM
                                    885 Arapahoe Avenue
                                    Boulder, Colorado  80302
                                    Telephone: (303) 861-3003
                                    Facsimile: (303) 484-4886
                                    E-Mail: kip@shumanlawfirm.co

                                    *Liaison Counsel*

LABATON SUCHAROW LLP

Jonathan M. Plasse
Sidney S. Liebesman
Erin H. Rump
Joshua L. Crowell
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477

*Counsel for Lead Plaintiff and*
*Lead Counsel for the Class*

HAGENS BERMAN SOBOL SHAPIRO LLP
Steve W. Berman
Sean R. Matt
1301 Fifth Avenue, Suite 2900
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

*Additional Class Counsel*


**COUNSEL FOR DEFENDANTS**


*s/ Stephanie Dunn*
Stephanie E. Dunn
PERKINS COIE LLP
1899 Wynkoop Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 291-2300
Facsimile: (303) 291-2400
Email: sdunn@perkinscoie.com

DECHERT, LLP
William K. Dodds
Matthew L. Larrabee
1095 Avenue of the Americas
New York, New York 10036
Telephone: (212) 698-3500
Facsimile: (212) 698-3599

*Attorneys for Defendants OppenheimerFunds, Inc., OppenheimerFunds Distributor, Inc., Angelo Manioudakis, John V. Murphy and Brian W. Wixted*

*s/ Dale Harris*
Dale R. Harris
DAVIS GRAHAM & STUBBS LLP
1550 Seventeenth Street, Suite 500
Denver, Colorado 80202
Telephone: (303) 892-9400
Facsimile: (303) 893-1379
Email: Dale.Harris@dgslaw.com

K&L GATES LLP
Peter G. Rush
70 West Madison Street, #3100
Chicago, Illinois 60602-4207
Telephone: (312) 372-1121
Facsimile: (312) 827-8005

*Attorneys for Defendants Oppenheimer Core Bond Fund, Champion Income Fund, Oppenheimer Integrity Funds, Beverly L. Hamilton, Edward L. Cameron, F. William Marshall, Jr., George C. Bowen, Robert G. Avis, Robert J. Malone, Sam Freedman, William L. Armstrong, Jon S. Fossel*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of July, 2010, I electronically filed a true and correct copy of the foregoing **JOINT REPORT REGARDING MEDIATION** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

- **Jeffrey Allen Berens**
  jeff@dyerberens.com,jeffreyberens@comcast.net

- **Stephen D. Bunch**
  dbunch@cohenmilstein.com,efilings@cohenmilstein.com

- **Robert Bruce Carey**
  rcarey@hbsslaw.com,agostnell@careylaw.com,rob.carey@att.net

- **Karen Jean Cody-Hopkins**
  kjch@lilleylaw.com,rbyers@lilleylaw.com

- **William K. Dodds**
  william.dodds@dechert.com,luis.lopez@dechert.com

- **Stephanie Erin Dunn**
  sdunn@perkinscoie.com,docketden@perkinscoie.com,sdunn-efile@perkinscoie.com

- **Robert J. Dyer , III**
  bob@dyerberens.com

- **Alan I. Ellman**
  aellman@labaton.com,electroniccasefiling@labaton.com

- **Sara E. Fletcher**
  sara.fletcher@klgates.com

- **Daniel Charles Girard**
  dcg@girardgibbs.com,sfs@girardgibbs.com

- **Rusty Evan Glenn**
  rusty@shumanlawfirm.com

- **Dale R. Harris**
  dale.harris@dgslaw.com,patricia.henson@dgslaw.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,sf_filings@hbsslaw.com

- **Christopher J. Keller**
  ckeller@labaton.com,ejo@labaton.com,aellman@labaton.com,electroniccasefiling@labaton.com

- **Peter George Koclanes**
  pkoclanes@shermanhoward.com,cgreen@shermanhoward.com, efiling@sah.com

- **Matthew L. Larrabee**
  matthew.larrabee@dechert.com,will.rehling@dechert.com,michael.doluisio@dechert.com,reginald.zeigler@dechert.com,alice.jensen@dechert.com,muriel.korol@dechert.com,david.burkhart@dechert.com

- **Jonathan Krasne Levine**
  jkl@girardgibbs.com,amv@girardgibbs.com

- **Charles Walter Lilley**
  clilley@lilleylaw.com

- **Robert Nolen Miller**
  rmiller@perkinscoie.com,docketden@perkinscoie.com,rmiller-efile@perkinscoie.com

- **Gordon W. Netzorg**
  gnetzorg@shermanhoward.com,cdias@shermanhoward.com,efiling@shermanhoward.com,cdoering@shermanhoward.com

- **Jeffrey Thomas Petersen**
  jeffrey.petersen@klgates.com,chicago.docket@klgates.com

- **Peter G. Rush**
  peter.rush@klgates.com,melissa.neubeck@klgates.com

- **Regina Ames Sandler**
  ras@girardgibbs.com,amv@girardgibbs.com

- **Christina H.C. Sharp**
  chc@girardgibbs.com,sfs@girardgibbs.com,amv@girardgibbs.com

- **Aaron Michael Sheanin**
  amv@girardgibbs.com

- **Kip Brian Shuman**
  kip@shumanlawfirm.com,rusty@shumanlawfirm.com,lisa@shumanlawfirm.com

- **Steven J. Toll**
  stoll@cohenmilstein.com,efilings@cohenmilstein.com

-3-

*s/ Stephanie Dunn*
Stephanie E. Dunn
Perkins Coie LLP
1899 Wynkoop Street, Suite 700
Denver, CO 80202-1043
Tel: 303.291.2300
Fax: 303.291.2400
Email: sdunn@perkinscoie.com

*Attorneys for Defendants OppenheimerFunds, Inc., OppenheimerFunds Distributor, Inc., Angelo Manioudakis, John V. Murphy and Brian W. Wixted*