IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **09-cv-386-JLK (consolidated with 09-cv-525-JLK**)

**IN RE OPPENHEIMER CHAMPION INCOME FUND
SECURITIES FRAUD CLASS ACTIONS**

*This document relates to BOTH actions*

---

# MINUTE ORDER

---

Judge John L. Kane **ORDERS**

A Hearing on the Unopposed Motion for Preliminary Approval of Proposed Class Settlement and Approval of Notice Plan (doc. #104), filed May 19, 2011, is set for **May 27, 2011 at 2:00 p.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

---

Dated: May 20, 2011