August 4, 2011

Clerk of the Court
Alfred A. Aaraj United States Courthouse
Room A105
901 19th Street
Denver, Colorado 80294-3589

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 8 2011

**GREGORY C. LANGHAM**
CLERK

*Counsel for Lead Plaintiffs:*

Jonathan M. Plasse
Labaton Sucharow LLP
140 Broadway
New York, NY 10005

*Counsel for Defendants:*

William K. Dodds
Dechert LLP
1095 Avenue of the Americas
New York, NY 10036-6797

Peter G. Rush
K&L Gates, LLP
70 W. Madison Street, Suite 3100
Chicago, IL 60602-4207

To Whom This May Concern:

RE: *Oppenheimer Champion Fund Securities Fraud Class Actions*,
Case No. 09-cv-386-JLK-KMT

Please let it be known that we object to all the elements of the Settlement of *Oppenheimer Champion Fund Securities Fraud Class Actions*,
Case No. 09-cv-386-JLK-KMT

We invested more than $100,000.00 in the Champion Fund with the understanding that the Fund was a "diversified portfolio" of high-yield, lower-grade, fixed-income securities that "(did) not involve undue risk." To receive approximately two percent of the amount invested is not satisfactory.

During the time of this fraud 2006-2008, we were invested in a like-kind mutual fund, American High-Income Trust Fund which currently trades above its price in 2008. Of course, that cannot be said of The Champion Fund.

The Attorneys for the Plaintiffs should not receive the amount described in the Settlement. Instead, please consider awarding the Attorneys for the Plaintiffs the same percentage of the final Settlement to the Plaintiffs. If this Settlement stands, the attorneys for the Plaintiffs would be awarded approximately two percent of the Settlement amount.

I request that this case go before a jury with the knowledge that we may receive nothing.

Respectfully submitted,

Edward W. Stites

*/s/ Edward W. Stites/*

Marie D. Stites

*/s/ Marie D. Stites/*

11,976.094 Champion Fund shares purchased (see attached)
 5,978.474 Champion Fund shares sold (see attached)

3857 SW Brittany Dr.
Gresham, OR 97080

Contact telephone numbers: 503-307-2660 or 503-669-2719

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

IN RE: CHAMPION FUND
Civil Action No. 09-cv-386-JLK-KMT

RPSS CUST 403-B PLAN
FBO EDWARD W STITES

Tracking #: 97968
Account #: 001901902534631
Secondary Acct. #:

# SECTION I. FUND TRANSACTIONS SUMMARY

## IF YOU AGREE WITH THIS INFORMATION, NO ACTION IS NECESSARY

Presented below for your review is a summary of your recognized losses in the Champion Fund. Your claim will be based on the larger of the calculated losses per Section 11 or 12(a)(2) of the Securities Act of 1933. Please refer to Question No. 10 in the Notice of Pendency and Proposed Settlement of Class Action for Identified Purchasers for details on how this calculation was determined.

The summary information presented here is based on the transactions itemized in Section II.

A. Number of shares held at the close of business on December 31, 2005: 0.000

| Activity During the Class Period (January 1, 2006 to December 31, 2008 inclusive) | Shares | Amount |
|---|---|---|
| B. Total shares acquired and amount paid: | 2,637.131 | $25,000.00 |
| C. Total shares acquired through reinvestment and amount paid: | 546.877 | $3,668.55 |
| D. Total shares sold and proceeds received and income received, if any: | 0.000 | $0.00 |

SUMMARY OF RECOGNIZED LOSS UNDER SECTION 11: $23,255.74
SUMMARY OF RECOGNIZED LOSS UNDER SECTION 12: $19,049.59

If you disagree with any of this summary information, complete Section III. Fund Transactions Dispute.

Completed forms must be mailed with supporting documentation and postmarked by October 30, 2011 to Oppenheimer Securities Litigation Claims Administrator, PO Box 2838, Portland, OR 97208-2838.



J6862 v.02 6.21.2011

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**IN RE: CHAMPION FUND**
Civil Action No. **09-cv-386-JLK-KMT**

THE STITES LIVING TRUST
EDWARD W STITES & MARIE D STITES TR UA SEP 12

Tracking #: 338544
Account #: 001912811234563
Secondary Acct. #:

# SECTION I. FUND TRANSACTIONS SUMMARY

## IF YOU AGREE WITH THIS INFORMATION, NO ACTION IS NECESSARY

Presented below for your review is a summary of your recognized losses in the Champion Fund. Your claim will be based on the larger of the calculated losses per Section 11 or 12(a)(2) of the Securities Act of 1933. Please refer to Question No. 10 in the Notice of Pendency and Proposed Settlement of Class Action for Identified Purchasers for details on how this calculation was determined.

The summary information presented here is based on the transactions itemized in Section II.

| | | Shares | Amount |
|---|---|---|---|
| A. | Number of shares held at the close of business on December 31, 2005: | 0.000 | |
| | *Activity During the Class Period (January 1, 2006 to December 31, 2008 inclusive)* | Shares | Amount |
| B. | Total shares acquired and amount paid: | 7,976.980 | $74,584.76 |
| C. | Total shares acquired through reinvestment and amount paid: | 0.000 | $0.00 |
| D. | Total shares sold and proceeds received and income received, if any: | 5,978.474 | $49,985.16 |

SUMMARY OF RECOGNIZED LOSS UNDER SECTION 11:   $15,288.57
SUMMARY OF RECOGNIZED LOSS UNDER SECTION 12:   $12,137.73

If you disagree with any of this summary information, complete Section III. Fund Transactions Dispute.

Completed forms must be mailed with supporting documentation and postmarked by October 30, 2011 to Oppenheimer Securities Litigation Claims Administrator, PO Box 2838, Portland, OR 97208-2838.



J6862 v.02 6.21.2011

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

IN RE: CHAMPION FUND
Civil Action No. 09-cv-386-JLK-KMT

MARIE D STITES
TOD EDWARD W STITES

Tracking #: 228162
Account #: 001901902534620
Secondary Acct. #:

# SECTION I. FUND TRANSACTIONS SUMMARY

## IF YOU AGREE WITH THIS INFORMATION, NO ACTION IS NECESSARY

Presented below for your review is a summary of your recognized losses in the Champion Fund. Your claim will be based on the larger of the calculated losses per Section 11 or 12(a)(2) of the Securities Act of 1933. Please refer to Question No. 10 in the Notice of Pendency and Proposed Settlement of Class Action for Identified Purchasers for details on how this calculation was determined.

The summary information presented here is based on the transactions itemized in Section II.

| | | Shares | Amount |
|---|---|---|---|
| A. | Number of shares held at the close of business on December 31, 2005: | 0.000 | |
| | *Activity During the Class Period (January 1, 2006 to December 31, 2008 inclusive)* | Shares | Amount |
| B. | Total shares acquired and amount paid: | 675.105 | $6,400.00 |
| C. | Total shares acquired through reinvestment and amount paid: | 140.001 | $939.13 |
| D. | Total shares sold and proceeds received and income received, if any: | 0.000 | $0.00 |

SUMMARY OF RECOGNIZED LOSS UNDER SECTION 11:        $5,953.47
SUMMARY OF RECOGNIZED LOSS UNDER SECTION 12:        $4,876.69

If you disagree with any of this summary information, complete Section III. Fund Transactions Dispute.

Completed forms must be mailed with supporting documentation and postmarked by October 30, 2011 to Oppenheimer Securities Litigation Claims Administrator, PO Box 2838, Portland, OR 97208-2838.



J6862 v.02 6.21.2011