IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **09-cv-386-JLK-KMT** (consolidated with **09-cv-525-JLK-KMT**)

IN RE OPPENHEIMER CHAMPION INCOME FUND
SECURITIES FRAUD CLASS ACTIONS

**ORDER APPROVING DISTRIBUTION PLAN**

THIS MATTER having come before the Court for a hearing on September 30, 2011, on the Motion for Final Approval of Proposed Class Settlement, Approval of Distribution Plan, and Award of Attorneys' Fees and Expenses; Lead Plaintiffs having requested approval of the proposed Distribution Plan for the Net Settlement Fund; and the Court, having considered all papers filed and proceedings conducted herein, and otherwise being fully informed in the premises and good cause appearing therefor;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. All of the capitalized terms used herein shall have the same meanings as set forth in the Amended and Restated Stipulation and Agreement of Settlement, dated August 11, 2011 (the "Stipulation").

2. The plan proposed by Lead Plaintiffs for allocating the net settlement proceeds among Class Members (the "Distribution Plan) is not a necessary term of the Stipulation or the Settlement and is to be considered separately from this Court's determination of the fairness, reasonableness, and adequacy of the Settlement as set forth in the Stipulation. This Order or any

proceeding relating to the Distribution Plan shall not affect the validity or finality of the Settlement or the Final Judgment or any other orders entered pursuant to the Stipulation.

3. Pursuant to and in compliance with Rule 23 of the Federal Rules of Civil Procedure, the Court hereby finds and concludes that due and adequate notice was directed to persons and entities who are members of the Class, advising them of the Distribution Plan and of their right to object thereto, and a full and fair opportunity was accorded to persons and entities who are members of the Class to be heard with respect to the Distribution Plan.

4. The Court hereby finds and concludes that the Class reaction supports approval of the Distribution Plan. Although the Court received several objections to the Distribution Plan, these objections have been considered and are overruled.

5. The Court hereby finds and concludes that the formula in the Distribution Plan for the calculation of the claims of Authorized Claimants that is set forth in the Notice of Pendency and Proposed Settlement of Class Action for Identified Purchasers and the Notice of Pendency and Proposed Settlement of Class Action for Un-Identified Purchasers (collectively, the "Notice") disseminated to Class Members, provides a fair and reasonable basis upon which to allocate the net settlement proceeds among Class Members.

6. The Court hereby finds and concludes that the Distribution Plan set forth in the Notice is, in all respects, fair and reasonable and the Court hereby approves the Distribution Plan.

IT IS SO ORDERED.

DATED: September 30, 2011

THE HONORABLE JOHN L. KANE
UNITED STATES DISTRICT JUDGE