IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **09-cv-386-JLK-KMT** (consolidated with **09-cv-525-JLK-KMT**)

In re Oppenheimer **Champion Fund** Securities Fraud Class Actions

*This document relates to BOTH actions.*

## ORDER

Hon. John L. Kane ORDERS

     The memorandum referring Docs. 177 and 181 (Released Defendants' 12/9/11 Mot. to Enforce Settlement and 1/6/12 Supplement) to Magistrate Judge Tafoya is WITHDRAWN and moving Defendants are ORDERED to CONFER with class counsel regarding the substance of their Motion and file a Status Report/certificate of compliance with D.C.COLO.LCiv.R 7.1A regarding the matters discussed on or before Wednesday, January 18, 2012.  Given that the Newtons are purported to be members of the Janssen class in 09-cv-386-JLK-KMT, I would like to hear from class counsel in response to Defendants' Motion and Supplement.  A proposed briefing schedule involving class counsel, the Newtons, and the moving Defendants should be included in the January 18, 2012 filing.

     Dated:  January 9, 2012.   **s/John L. Kane**
                                                               SENIOR U.S. DISTRICT JUDGE